| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 470-321-7112<br>Attorneys For Secured Creditor<br>**Nationstar Mortgage LLC D/B/A Mr. Cooper**<br><br>Harold Kaplan, Esq. (NJ-0226) | CASE NO.: 19-21153-JNP<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re:<br><br>**Luberky A. Guerrero de Mercado,**<br><br>     Debtor. | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Nationstar Mortgage LLC D/B/A Mr. Cooper ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 11), and states as follows:

1. Debtor, Luberky A. Guerrero de Mercado, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 3, 2019.

2. Secured Creditor holds a security interest in the Debtor's real property located at 4530 Gail Ln, Newfield, NJ 08344, by virtue of a Mortgage recorded on May 22, 2007 in Book 2092, at Page 079 of the Public Records of Gloucester County, NJ. Said Mortgage secures a Note in the amount of $60,000.00.

3. The Debtor filed a Chapter 13 Plan on June 21, 2019.

4. The Plan fails to include treatment of Secured Creditor's claim. The subject property and claim are, however, listed in Debtor's schedules. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regard to the subject property and claim.

5. Further, it is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $1,141.23, whereas the Plan fails to provide for the said arrearage. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan

  which proposes to pay it anything less than $1,141.23 as the pre-petition arrearage over the life of the plan.

6. Based on Debtor's Schedules, the Plan does not appear feasible due to the representation that sufficient disposable income is not available to support the proposed Plan payments. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(6) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

    RAS Citron, LLC
    Attorney for Secured Creditor
    130 Clinton Road, Suite 202
    Fairfield, NJ 07004
    Telephone Number 470-321-7112

    By: /s/Harold Kaplan
    Harold Kaplan, Esquire
    NJ Bar Number  NJ-0226
    Email: hkaplan@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 470-321-7112<br>Attorneys For Secured Creditor<br>**Nationstar Mortgage LLC D/B/A Mr. Cooper**<br><br>Harold Kaplan, Esq. (NJ-0226) | CASE NO.: 19-21153-JNP<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Luberky A. Guerrero de Mercado,**<br><br>　　Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Harold Kaplan, represent Nationstar Mortgage LLC D/B/A Mr. Cooper in this matter.

2. On July 19, 2019, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

July 19, 2019

　　　　　　　　　　　　RAS Citron, LLC
　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　130 Clinton Road, Suite 202
　　　　　　　　　　　　Fairfield, NJ 07004
　　　　　　　　　　　　Telephone Number 470-321-7112

　　　　　　　　　　　　By: /s/Harold Kaplan
　　　　　　　　　　　　Harold Kaplan, Esquire
　　　　　　　　　　　　NJ Bar Number  NJ-0226
　　　　　　　　　　　　Email: hkaplan@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Charles M. Izzo<br>Law Office of Charles M. Izzo<br>116 North 2nd Street<br>PO Box 2936<br>Camden, NJ 08102 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Luberky A. Guerrero de Mercado<br>aka Luberky Mercado<br>4530 Gail Lane<br>Newfield, NJ 08344 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |